SAMUEL C. KING v. THADDEUS HYATT.

MOTION for rehearing, denied October 7, 1893.

*Per Curiam:* The motion for rehearing will be overruled, but the judgment of the court will be reversed, and the cause remanded, with direction to the district court to grant a new trial.